UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>GARANN ROSE MEANS,<br><br>　　　　　　Respondent. | CASE NO. 2:23-cv-1712<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

　　　　On November 17, 2023, Petitioner Dale Harvey moved for a temporary restraining order (TRO), requesting that the Court issue a TRO against Respondent Garann Rose Means. Dkt. No. 14. Harvey requested oral argument. *Id.* This is Harvey's second motion for a TRO; the Court denied his earlier motion for failure to notify Means about the relief sought. *See* Dkt. Nos. 10, 11.

　　　　The Court ORDERS Harvey and Means to appear in-person for a hearing on Harvey's second TRO at 9:00 a.m. on Monday, November 20, 2023, in Courtroom

MINUTE ORDER - 1

16A at the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington 98101.

The Court also ORDERS Harvey to serve Means with a copy of his second TRO motion, Dkt. No. 14, and a copy of this Order by 9:00 a.m. on Saturday, November 18, 2023. Harvey must file with the Court a certification of notice by 12:00 p.m. on Saturday, November 18, 2023.

Dated this 17th day of November 2023.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2