UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, | CASE NO. 2:23-cv-1712 |
| Petitioner, | MINUTE ORDER |
| v. | |
| GARANN ROSE MEANS, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

In the Court's Order granting in part and denying in part Petitioner's motion for a temporary restraining order, Dkt. No. 20, it stated: "The restriction will automatically expire at midnight on November 20, 2023, unless specifically extended by further order of the Court." This was a clerical error, as the expiration date should have been described as November 30, 2023. Accordingly, the Court amends its order as follows:

Means cannot remove the children, or directly or indirectly allow the children to be removed, from the Western District of Washington unless ordered by this Court. Third parties, including Means' parents, are

MINUTE ORDER - 1

likewise prohibited from removing the children from the Western District of Washington. <u>The restriction will automatically expire at midnight on November 30, 2023</u>, unless specifically extended by further order of the Court.

Because the Court corrects its clerical error sua sponte, it also DENIES as moot Harvey's motion for reconsideration, Dkt. No. 21.

Dated this 21st day of November 2023.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/ Serge Bodnarchuk*</u>

Deputy Clerk

MINUTE ORDER - 2