UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, | CASE NO. 2:23-cv-1712 |
| Petitioner, | MINUTE ORDER |
| v. | |
| GARANN ROSE MEANS, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 6, 2023, Respondent Garann Rose Means surrendered her passports and the passports of her minor children, ZUHM and EKHM, to the Clerk's office as previously ordered. *See* Dkt. No. 20. The Court orders the Clerk's office to process and maintain custody of the passports until it receives further orders from this Court.

Dated this 6th day of December 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/ Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2