UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY,<br><br>   Petitioner,<br><br> v.<br><br>GARANN ROSE MEANS,<br><br>   Respondent. | CASE NO. 2:23-cv-1712<br><br>ORDER ON RESPONDENT'S MOTION FOR A CONTINUANCE |

  On December 13, 2023, Respondent Garann Rose Means moved to continue the evidentiary hearing scheduled for December 19, 2023. Dkt. No. 40. Unless the parties stipulate, a motion for relief from a deadline must be noted for consideration no earlier than the second Friday after filing the motion. LCR 7(d)(2). So under the rules, Means's motion would not become ripe for consideration before the evidentiary hearing. However, in the interest of justice and to promote judicial economy, the Court uses its inherent authority to manage its docket and will consider argument on Means's motion at the December 19, 2023, hearing. *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) (District courts have "the inherent authority to

ORDER ON RESPONDENT'S MOTION FOR A CONTINUANCE - 1

manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

The Court will consider arguments from Means and Harvey about Means's motion to continue the evidentiary hearing, Dkt. No. 40, at the hearing on December 19, 2023. Harvey, however, may submit a written response to Means's motion before the hearing.

If the Court grants Means's motion, it will conduct the hearing as a status conference to set case scheduling deadlines. If the Court denies Means's motion, it will conduct the evidentiary hearing as scheduled.

The United States Marshals Service personally served Means with process on December 6, 2023. Dkt. No. 42 at 2. Because Means agreed to receive notice of electronic filings via email, future service of pleadings and other papers through CM/ECF will suffice. *See* Fed. R. Civ. P. 5(b)(2)(E).

Dated this 14th day of December, 2023.

Jamal N. Whitehead
United States District Judge