UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, | CASE NO. 2:23-cv-1712 |
| Petitioner, | MINUTE ORDER |
| v. | |
| GARANN ROSE MEANS, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 15, 2023, Petitioner Dale Harvey filed a "motion for zoom/virtual/video testimony" at the hearing on December 19, 2023. Dkt. No. 44. Harvey argues that it would be extraordinarily burdensome for the witnesses to travel from their Scotland to appear in person. *Id.* at 1.

Under Federal Rule of Civil Procedure 43(a), "witnesses' testimony must be taken in open court" but "[f]or good cause . . . the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ.

MINUTE ORDER - 1

P. 43(a). Here, the Court finds good cause to allow witnesses in Scotland to testify remotely given the distance, expense, and expedited nature of the proceedings.

Accordingly, the Court GRANTS Harvey's motion for virtual testimony. Dkt. No. 44. The Court directs the parties to contact Grant Cogswell, Courtroom Deputy, for information about court room technology.

Dated this 18th day of December 2023.

Ravi Subramanian
Clerk
*/s/* Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2