UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, <br><br> Petitioner, <br><br> v. <br><br> GARANN ROSE MEANS, <br><br> Respondent. | CASE NO. 2:23-cv-1712 <br><br> ORDER SETTING DATE AND RELATED DEADLINES FOR FINAL EVIDENTIARY HEARING |

On December 19, 2023, the Court granted Respondent Garann Rose Means's motion to continue the evidentiary hearing on Petitioner Dale Harvey's petition under the Hague Convention and the International Child Abduction Remedies Act (ICARA). Dkt. No. 53. To allow the Court to set a new date for the evidentiary hearing, the parties submitted separate status reports with proposed dates and related deadlines. Dkt. Nos. 54, 55.

Having considered the parties' status reports, the Court sets this case for an evidentiary hearing on the merits and orders entry of the following schedule:

ORDER SETTING DATE AND RELATED DEADLINES FOR FINAL EVIDENTIARY HEARING - 1

| Event | Date |
|---|---|
| Evidentiary hearing set for 9:00 a.m. | January 26, 2024 |
| Length of hearing | 6 hours |
| Deadline to complete discovery | January 16, 2024 |
| Deadline to exchange witness and exhibits list | January 18, 2024 |
| Deadline to submit pretrial statements, including findings of fact and conclusions of law | January 22, 2024 |
| Motions in limine due | January 22, 2024 |

The final evidentiary hearing in this matter will be in-person at the Seattle Courthouse of the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington, in Courtroom 16A.

The parties must email Grant Cogswell, Courtroom Deputy, with their witness and exhibit lists, and copies of their exhibits: grant_cogswell@wawd.uscourts.gov. Harvey's exhibits should be numbered consecutively beginning with 1; Means's exhibits should include the prefix "A" and should be numbered consecutively beginning with A-1.

To shorten or simplify the case, Harvey suggests that the Court accept specified declarations in lieu of all or part of live testimony. The Court, however, cannot rule on the appropriateness of any such declaration without reviewing it first. Thus, to the extent either party wishes to rely upon a sworn declaration as evidence, they must identify and produce the declaration as part of the exhibit and

ORDER SETTING DATE AND RELATED DEADLINES FOR FINAL EVIDENTIARY HEARING - 2

witness list exchange. The Court will rule on the admissibility of any declaration at the time it is offered into evidence, but the opposing party may move in limine beforehand to exclude any declaration so identified.

While the Court recognizes that Means is working to secure counsel, failure to hire an attorney is no excuse for failure to comply with the Court's Order. In other words, the parties must comply with the above deadlines regardless of their representation status. If any party intends to appear at the hearing pro se, or without legal counsel to represent them, they are directed to review the resources provided by this District entitled Representing Yourself that are available online at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Dated this 5th day of January, 2024.

Jamal N. Whitehead
United States District Judge