Hon. Jamal Whitehead

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re the Application of : | CASE NO: 2:23-cv-1712 |
| Dale Harvey,<br>        Petitioner/Plaintiff, | MOTION For Clarification and Further relief PURSUANT TO ORDER 1.5.24 (document 56) |
| v. | |
| Garann Rose Means<br>        Respondent/Defendant. | |

This motion is brought by Petitioner For Clarification and Further relief PURSUANT TO ORDER 1.5.24 (document 56). This motion concerns the discovery ordered in that said order. This motion is based on all the files and records herein and on the declaration below.

## I. INTRODUCTION AND ARGUMENT

The Respondent stated in her Status Report filed on December 29th 2023 that " Respondent would anticipate gathering testimony from physicians, which can hopefully be completed within about two weeks." Petitioner wishes to know details about the testimony of these "physicians" to

Motion

Page 1

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

prepare for the evidentiary hearing. To that end, Petitioner has drafted interrogatories and requests for production of documents to Respondent, attached Attachment A. Petitioner needs this information to prepare his case.

The discovery permitted by the Court's said order is an abbreviated discovery schedule outside regular discovery deadlines and procedures as set out in the Federal Rules. Petitioner requests that the Court permit the interrogatories and requests for production (Attachment A) to be made to Respondent in a shortened time and without a discovery conference between parties, and order that Respondent answer and respond to the attached Attachment A by noon on 16th January 2024 by delivering said answers and responses and documents to Petitioner's counsel by email to: maggie@flexxlaw.com .

There has been no conference with Respondent on the discovery issue. The Respondent still has a protection order against Petitioner (pending a further hearing) which may or may not preclude a conference, and there are time constraints.

A Word version of Attachment A will be sent to Respondent as a courtesy after filing this motion.

Respectfully submitted:

_____

Marguerite Smith WSBA# 16438, Attorney for Petitioner

Motion

Page 2

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

I declare under penalty of Perjury under the laws of the State of Washington the foregoing is true and correct:

Signed this ___ day of _____ 2024 at _____ city _____ country

_____See attached signature page.

Dale Harvey

Motion

Page 3

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

I declare under penalty of Perjury under the laws of the State of Washington the foregoing is true and correct:

Signed this _9_ day of _JAN_ 2024 at _Glasgow_ city _Scotland_ country

_[signature]_

Dale Harvey

Motion

Page 3

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

# ATTACHMENT A

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re the Application of: | CASE NO. 2:23-cv-1712 |
| Dale Harvey, <br>     Petitioner/Plaintiff, | Petitioner's Interrogatories and Requests for Production of Documents TO RESPONDENT |
| v. | |
| Garann Rose Means <br>     Respondent/Defendant. | |

TO RESPONDENT: GARANN ROSE MEANS: PLEASE ANSWER AND PRODUCE DOCUMENTS AS FOLLOWS:

Please attach pages as needed identifying which interrogatory or request for production you are addressing in the attached pages.

INTERROGATORY NO. 1: Please identify (with the name and address telephone number and email address) any physicians or other medical or mental health providers that you intend to use as witnesses in the evidentiary hearing in this case (currently scheduled for January 26th).

ANSWER:

Page 1

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

INTERROGATORY NO. 2: Please detail the testimony that you expect from the physicians and other medical or mental health providers referenced in Interrogatory No. 1 (including the subject matter of the testimony/name of the patient and exactly what you expect each physician, other medical or mental health provider to say).

ANSWER:

Page 2

REQUEST FOR PRODUCTION NO. 1 : Please produce a written report (you may produce a copy) for each physician, other medical or mental health provider referenced in the interrogatory No 1 detailing that person's opinion concerning any matter involved in this case.

RESPONSE:

REQUEST FOR PRODUCTION NO. 2 : Please produce a copy of all written reports or other written opinions of the each physician, other medical or mental health provider referenced in the interrogatory No 1.

RESPONSE:

REQUEST FOR PRODUCTION NO. 3.: Please produce a copy of the curriculum vitae/resumes of each physician, other medical or mental health provider referenced in Interrogatory No1

RESPONSE:

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

INTERROGATORY NO. 3: With regard to each physician or other medical or mental health provider referenced in Interrogatory No. 1 please state the date on which you first consulted that person.

ANSWER:

Verification of Answers and Responses to Interrogatories and Requests for Production

I declare under penalty of perjury under the laws of the State of Washington that 1) I am the individual to whom these Interrogatories and Requests for Production are addressed, 2) I have read the foregoing Answers and Responses to the Interrogatories and Requests for Production and know the contents thereof, 3) and my Answers and Responses to the Interrogatories and Requests for Production are true and correct.

Signed this _____ day of _____ at
_____ city, _____ (state)

_____
Date

_____
Garann Rose Means
Respondent

Page 4

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com