UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, | CASE NO. 2:23-cv-1712 |
| Petitioner, | ORDER SETTING A STATUS CONFERENCE |
| v. | |
| GARANN ROSE MEANS, | |
| Respondent. | |

Before the Court is Petitioner Dale Harvey's motion for further relief about the Court's most recent scheduling order, Dkt. No. 56. Dkt. No. 58. The parties must appear for a status conference via Zoom on Thursday, January 11, 2024, at 2:00 p.m. to discuss Harvey's motion and to discuss the upcoming evidentiary hearing. The Court will distribute a Zoom link in advance of the status conference. If either party is unable to attend the status conference as scheduled due to an immovable conflict, the Court directs the parties to contact Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov immediately. Be sure to copy all parties on any emails to the Court.

ORDER SETTING A STATUS CONFERENCE - 1

Dated this 10th day of January, 2024.

                                                                           *[signature]*

                                        Jamal N. Whitehead
                                        United States District Judge

ORDER SETTING A STATUS CONFERENCE - 2