# EXHIBIT G

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re the Application of:<br><br>Dale Harvey,<br>　　　　Petitioner/Plaintiff,<br><br>v.<br><br>Garann Rose Means<br>　　　　Respondent/ Defendant | CASE NO: 2:23-cv-1712<br><br>DECLARATION OF:<br>LYNDA HARTNESS |

My name is Lynda Hartness. I am over 18 years of age and base this declaration upon personal knowledge of the facts.

I am the Head of Sandy Road Day Nursery, Glasgow. I have been asked to submit my response to the following questions regarding the child E████ H███-M███, ("EHM") born in 2019

1. When the child started attending and general attendance record:

    EHM started in Sandy Road on 23/08/2021.

Declaration

Page 1

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

2. The school/nursery's relationship with each parent, levels of engagement etc:

    Both Garann Means and Dale Harvey communicate any absences with the nursery.

3. The child's presentation and demeanour in school/nursery:

    EHM is always well presented on arrival at nursery, she is always appropriately dressed. While in nursery EHM is a quiet natured child, who can appear to have a somewhat serious nature. EHM is a clever child who is happy to share her news and stories with the familiar staff in the nursery playroom. She was also beginning to make friends within her peer group, and would often seek other children who are similar to her in nature.

    On 04/09/2023: EHM was brought to nursery by Garann Means, Garann left EHM in the playroom but before leaving the nursery building Garann returned to the playroom and decided to take EHM home, she explained EHM did not want to be in the nursery, the staff member who observed EHM explained EHM did not appear to be upset.

4. Any knowledge of injuries or suspected other mistreatment by either parent:

    No, however, on 14/03/2023: EHM approached a member of staff in the playroom and said 'I have two sories on my shoulders so I have to keep my cardigan on'. The staff member asked 'have you hurt your shoulders?'. EHM replied 'no the dog did' the member of staff then asked 'who told you to keep your cardigan on?'. 'My mummy' was the response. When she returned to nursery to collect EHM this conversation was discussed with Garann Means, who explained EHM had received two vaccinations whilst at the GP.

5. Any concerns over quality of care by either parent:

Declaration

Page 2

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

No, however, on 22/03/2023: nursery received a phone call from Partick Social Work Department explaining Dale Harvey had made a social work referral regarding EHM. The social worker asked if we in nursery had noticed any changes in EHM. We advised that we had not noticed any changes in EHM and we did not have any concerns.

On 31/03/2023: I received a message from Dale Harvey explaining EHM would be absent on this day as she had a runny nose. Later the same day, I received a phone call from Garann Means asking whether EHM was at nursery. I explained the above, Garann Means claimed this was untrue. Garann Means then emailed me requesting a copy of the parent/carer sign in/out nursery sheet as EHM "was due to be returned to my care today and her dad has kept her out of nursery to stop that, and the sign in/out sheet will provide confirmation to the court that this is meant to be my weekend with her" [and her sister]. I sent a copy of what was on the sign in/out sheet via email to Garann Means (only the part with EHM's name recorded on it).

6. Any knowledge of the child appearing distressed/upset having been dropped off by either parent:

No, however on 28/09/22: I received an email from Dale Harvey explaining his mother Alison (parental grandmother), would be collecting EHM on this day and they would be staying at his home as he was working away.

Garann brought EHM to nursery and shared with me she would be collecting EHM on this day as Dale Harvey was out of the country and EHM did not want to go to her dad's house with her parental grandmother. Garann explained she would collect EHM early from

Declaration

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

Page 3

nursery, she asked that I contact her if the parental grandmother came to collect EHM before she arrived to collect her.

Parental Grandmother came to collect EHM, I explained the above conversation that had taken place with Garann. Parental Grandmother said she would wait while I made the phone call to Garann. Garann also came to nursery to collect EHM.

I spoke with EHM and asked if she would like to her dad's house with her Gran or to her mum's house with her mum, EHM said she would like to go with her gran to her dad's house.

When I shared this conversation with Garann Means, Garann Means then asked EHM if she would like to go to her house. EHM changed her mind and said she wanted to go home with her mum.

Garann Means and EHM then left the nursery, but both returned within a few minutes, Garann Means explained EHM had changed her mind and wanted to go with her gran. Garann Means was crying when she left the nursery.

23/08/2023: Garann Means sent a message via text to nursery to say EHM was unwell and would not be attending nursery today.

Prior to receiving this message from Garann Means, Dale Harvey contacted me and explained his mother would collect EHM.

I contacted Garann Means and asked if she had contacted Dale Harvey and explained about EHM's absence. Garann explained she had shared the information with Dale Harvey.

24/08/2023: I received a message via group call from Garann Means it stated: Espe will be absent the rest of the week. Her father has threatened that she will be taken out of nursery by her paternal grandmother again, and she is afraid to attend'. I attempted contact with

Declaration
Page 4

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

the family Health Visitor and with Garann Means. Garann Means called me back and I explained: 'I am concerned about Espe being scared to come to nursery'. Garann asked in what way was I concerned. I explained I was concerned to hear that EHM was scared. Garann Means explained the following:

- She had received a text from Dale Harvey (23/08/23) to explain EHM was unwell and would not be going to nursery.
- It was at this point she realised Dale was out of the country, and that he wanted the children to stay with their paternal grandmother.
- She explained EHM was afraid to come to nursery because her gran may come and take her away.
- She then said 'they are trying to get me thrown in jail', as she had received a letter from Dale's lawyer and there was legal proceedings starting.
- She explained she did not know when/how Dale would get/collect the children.
- She could not say if EHM would return to nursery next week as 'I can't predict the future'

7. Any knowledge of the child appearing distressed/upset at the prospect of being picked up by either parent:

No

8. Whether the school/nursery was told in advance that the child would be leaving the country:

Declaration
Page 5

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com

No: On Monday 2/10/23 nursery received a message from Garann Means stating that EHM had been ill and throwing up this morning, so she would stay home today and tomorrow.

9. How the school/nursery was made aware that the child was no longer in Scotland:

I received a phone call from Dale Harvey who explained the following: he had received an email form Garann Means who told him she had taken EHM and her sister to America. He went on to say the children had been kidnapped and that he would contact his lawyer.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 29th day of November, 2023, at Glasgow (city), Scotland (State, if applicable and country)

LYNDA HARTNESS
Name: Lynch Hartness

Declaration

Page 6

FLEXX LAW, P.S.
14205 SE 36th Street, Suite 100, PMB 479
Bellevue, WA 98006
(206) 343-6362
maggie@flexxlaw.com