GAUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY,<br><br>    Petitioner,<br><br>v.<br><br>GARANN ROSE MEANS,<br><br>    Respondent. | CASE NO. 2:23-cv-1712<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court will hold an in-person evidentiary hearing on Friday, January 26, 2024, at 9:00 a.m. The Court anticipates that some witnesses may testify remotely via Zoom. Broadcasting or recording a Zoom evidentiary hearing is illegal. The parties and counsel are advised that they cannot record, via audio, video or screenshot, or permit any other person to record, via audio, video or screenshot, the hearing or any part of it. The parties and counsel must ensure that each additional attendee at the hearing for which that party is responsible also acknowledges and agrees to this prohibition on broadcasting and recording.

MINUTE ORDER - 1

A witness may not observe the proceedings until after they have provided their testimony.

The Court will allow the parties and counsel to bring food and liquids (*e.g.*, water, coffee, soda) into the courthouse for the evidentiary hearing scheduled to begin this Friday and expected to conclude the same day.

Dated this 24th day of January 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2