UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY, | CASE NO. 2:23-cv-1712 |
| Petitioner, | MINUTE ORDER |
| v. | |
| GARANN ROSE MEANS, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On January 24, 2024, Respondent Garann Rose Means sent an email to Courtroom Deputy, Grant Cogswell, requesting that her witnesses be allowed to appear remotely via Zoom at the evidentiary hearing on Friday, January 26, 2024. The Court has already granted Harvey's motion to allow his witnesses in Scotland to testify remotely. *See* Dkt. No. 51.

Under Federal Rule of Civil Procedure 43(a), "witnesses' testimony must be taken in open court" but "[f]or good cause . . . the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ.

MINUTE ORDER - 1

P. 43(a). Here, the Court finds good cause to allow Means's witnesses to testify remotely given the expedited nature of the proceedings. Accordingly, the Court GRANTS Means's request for virtual testimony.

Dated this 24th day of January 2024.

<u>Ravi Subramanian</u>
Clerk
<u>*/s/ Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2