UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GARANN ROSE MEANS,<br><br>　　　　　Respondent. | CASE NO. 2:23-cv-1712<br><br>MINUTE ORDER RETURNING<br>TRAVEL-RELATED DOCUMENTS |

　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

　　　On December 6, 2023, Respondent Garann Means delivered her own passports to the Court as previously ordered. The Court finds it is no longer necessary to continue to hold these documents and ORDERS that Means's passports be returned to her.

　　　Dated this 29th day of January 2024.

MINUTE ORDER RETURNING TRAVEL-RELATED DOCUMENTS - 1

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER RETURNING TRAVEL-RELATED DOCUMENTS - 2