UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE HARVEY,<br><br>                    Petitioner,<br><br>         v.<br><br>GARANN ROSE MEANS,<br><br>                    Respondent. | CASE NO. 2:23-cv-1712<br><br>ORDER GRANTING MOTION TO WITHDRAW |

On February 19, 2024, Petitioner's counsel, Marguerite Smith, moved to withdraw from this case. Dkt. No. 106. As this will leave Petitioner Dale Harvey unrepresented, he moves to proceed pro se. Both Smith and Harvey signed the motion. The motion also includes Harvey's mailing address, but it does not include his telephone number as required by Local Civil Rule 83.2(b)(1). Respondent Garann Rose Means has not filed a response. Accordingly, the Court GRANTS the motion to withdraw, but directs Harvey to provide his telephone number as required by the Local Civil Rules.

Harvey requests service by email. But this District does not provide service by email as an option. Instead, Harvey must register to receive service of court

ORDER GRANTING MOTION TO WITHDRAW - 1

documents via CM/ECF. Until he does so, he will receive all court documents by mail.

Dated this 23rd day of April, 2024.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2